IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  4: 25 CR 576 SEP/NCC |
| | ) | |
| JAMES CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR THE COURT TO ORDER A
PSYCHIATRIC EXAMINATION
OF THIS DEFENDANT**

COMES NOW Nick A. Zotos, attorney for Defendant, James Clark, and in support of his

Motion for the Court to Order a Psychiatric Examination states as follows:

1.      Counsel has been advised that the defendant has suffered a gunshot wound to his

head prior to 2012.

2.      Counsel observed that during one on one in person meetings the defendant has

some difficulty understanding what he's being told.  The defendant in 2013 was indicted in the

US District Court for the Eastern District of Missouri.  Counsel has reached out to the Office of

Probation and Parole about acquiring the Presentence Report in Cause #: 4:13-CR 07146 CDP-2

to no avail.

3.      18 U.S. Code section 4247 provides that counsel for the defendant may file a

motion for a hearing to determine the mental competency of the defendant.  The statute further

provides that the Court may order a psychiatric or psychological examination of the defendant

and said report be filed with the Court.

4.      The examination would be conducted pursuant to U.S. Code Section 4247 (b).

5.      The defendant is aware of this filing and agrees to cooperate with the examiner.

WHEREFORE counsel pursuant to his own concerns is requesting that this Court order a psychiatric or psychological examination of the defendant and subsequent to the examination order a hearing on the defendant's competency or his ability to assist properly in his defense.

Respectfully Submitted,

/s/ Nick A. Zotos

_____

NICK A. ZOTOS, MBE 27573
Attorney for Defendant
4235 Lindell Boulevard
St. Louis, MO 63108
(314) 534-1797
nickzotoslaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record and mailed to any non-participating attorneys in Electronic Case Filing.

/s/ Nick A. Zotos

_____